211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 08−53097−swr
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Northpoint Village of Utica, LLC
   50258 Van Dyke, Ste. B
   Utica, MI 48317

Social Security No.:

Employer's Tax I.D. No.:
   38−3612063

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **15** days from the date the bankruptcy petition was filed:

| | | |
|---|---|---|
| ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19) | | |
| ☑ Attorney Disclosure of Compensation Statement | ☐ | Schedules A–J |
| ☐ Certificate of Budget and Credit Counseling | ☐ | Schedule A |
| ☑ Balance Sheet | ☐ | Schedule B |
| ☐ Application to Pay the Filing Fee in Installments | | Schedule C: |
| ☑ Statistical Summary of Certain Liabilities | ☐ | Debtor |
| ☑ Statement of Financial Affairs | ☐ | Joint Debtor |
| ☑ Cash Flow Statement (Small Business Only) | ☐ | Schedule D |
| ☑ Tax ID | ☐ | Schedule E |
| ☐ Statement of Current Monthly Income Form 22B | ☐ | Schedule F |
| ☑ Income Tax Return (Small Business Only) | ☐ | Schedule G |
| ☐ Equity Security Holders List | ☐ | Schedule H |
| ☑ Statement of Operation (Small Business Only) | ☐ | Schedule I |
| ☑ Summary of Schedules | ☐ | Schedule J |
| ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney | | |

The missing document(s) must be filed on or before **6/13/08** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 5/30/08

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court