# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

# COVER SHEET FOR AMENDMENTS

**CASE NAME:** Northpoint Village of Utica, LLC
**CASE NUMBER:** 08-53097-SWR

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to**:

[ ]  Add creditors to schedules(s) _____ . How many? _____
(Use second page of this form to list creditors added).

[ ]  Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ X ]  Other: (Please explain) Amend Exhibit A to reflect the percentages of the three trusts; amend the List of Creditors Holding 20 Largest Unsecured Claims to reflect the correct creditors, and amend the matrix to include creditors not previously listed.

[X]  **$26.00 Amendment Fee**. This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[X]  **Amended Schedules and list of creditors**. Schedules must be verified by the debtor(s).

[X]  **Matrix.** Send a matrix listing "**only**" the amended creditors being added. Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address-use the second page of this form.

**NOTE**: LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

# CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                       Please change to:

_____           _____
_____           _____
_____           _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                       Please change to:

_____           _____
_____           _____
_____           _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                       Please change to:

_____           _____
_____           _____
_____           _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):   Christopher Aiello
(Please print)

Address        32411 Mound Road
               Warren, MI 48092

**NAME OF CREDITOR** (As it now appears):   Giuseppe A. Biondo, Trste of 3 Sep. Trusts
(Please print)

Address        Rosemary Biondo, Joseph Biondo & Gloria Biondo
               57700 Mound Road
               Washington Township, MI 48094

**NAME OF CREDITOR** (As it now appears):   Giuseppe A. Biondo, Trste of 3 Separate Trsts
(Please print)

Address        Rosemary Biondo, Joseph Biondo & Gloria Biondo
               50258 Van Dyke, Ste. B
               Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Maria T. Biondo, Individ. and as Trste
(Please print)
Address     Maria T. Biondo Living Trust 7/11/2000
    50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Norco Contracting
(Please print)
Address     33079 Garfield
    Fraser, MI 48026

**NAME OF CREDITOR** (As it now appears):     Sal Mar Ind. 16260, LLC
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Riverside
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Sterling Corp. Center
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Building Company
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Development
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Farms, LLC
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):     Sal Mar Gateway Village Center
(Please print)
Address     50258 Van Dyke, Ste. B
    Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Gateway Village Estates
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Homes, Inc.
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Ind. 14830, LLC
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Ind. 16280, LLC
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Ind. 16725, LLC
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Ind. 16931, LLC
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Macomb Corp. Center
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar of Gateway Estates
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar of the Rivers
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Preston Pines
(Please print)
Address          50258 Van Dyke, Ste. B
                 Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sal Mar Royal Village
(Please print)

Address        50258 Van Dyke, Ste. B
               Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Salvatore Biondo, Individually & As Trste
(Please print)

Address        Salvatore Biondo Living Trust 7/11/2000
               50258 Van Dyke, Ste. B
               Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Sam Biondo
(Please print)

Address        50258 Van Dyke, Ste. B
               Utica, MI 48317

**NAME OF CREDITOR** (As it now appears):   Town Square LLC
(Please print)

Address        50258 Van Dyke, Ste. B
               Utica, MI 48317

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: /s/ Gerald L. Decker
           Gerald L. Decker (P 31485)
           Attorney for Debtor

Signature: /s/ Salvatore Biondo
           Northpoint Village of Utica, LLC, Debtor
           By: Salvatore Biondo, Manager