**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                                          Case No. **08-53097**

**Northpoint Village Of Utica, LLC**                                            Chapter **11**
                                             Debtor(s)

### AMENDED EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to debtor's condition on **June 23, 2008**.

   a. Total assets                                      $ **15,000,000.00**

   b. Total debts (including debts listed in 2.c., below)    $ **11,068,424.11**

                                                                           Approximate Number of Holders

   c. Debt securities held by more than 500 holders.

        secured / /   unsecured / /   subordinated / /   $ _____

        secured / /   unsecured / /   subordinated / /   $ _____

        secured / /   unsecured / /   subordinated / /   $ _____

        secured / /   unsecured / /   subordinated / /   $ _____

        secured / /   unsecured / /   subordinated / /   $ _____

   d. Number of shares of preferred stock                  **0**          **0**

   e. Number of shares of common stock                    **0**          **0**

   Comments, if any:

   **Salvatore Biondo Living Trust 1%; Salvatore Biondo and Maria T. Biondo Living Trust Agreements 3 at 33% each**

3. Brief description of debtor's business:

   **Single asset real estate; independent living for seniors - 120 units - opened 6/2006**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Salvatore Biondo, Trustee**

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                   Case No. **08-53097**

**Northpoint Village Of Utica, LLC**                       Chapter **11**

Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Christopher Aiello<br>32411 Mound Road<br>Warren, MI 48092 | | | | 25,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 23, 2008**        Signature: **/s/ Salvatore Biondo**

                                       **Salvatore Biondo, Manager**

                                                                          (Print Name and Title)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Michigan**

**IN RE:** Case No. **08-53097**

**Northpoint Village Of Utica, LLC** Chapter **11**

Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 23, 2008**   Signature: */s/ Salvatore Biondo*
                                    **Salvatore Biondo, Manager**                         Debtor

Date: _____   Signature: _____
                                                                                    Joint Debtor, if any

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Christopher Aiello
32411 Mound Road
Warren, MI  48092


Giuseppe A Biondo Trste of 3 sep. trusts
Rosemary Biondo, Joseph Biondo & Gloria
57700 Mound Road
Washington Township, MI  48094


Giuseppe A. Biondo, Trste Of 3 separate
Trsts Rosemary, Joseph & Gloria Biondo
50258 Van Dyke, Ste. B
Utica, MI  48317


Maria T. Biondo, Individ. And As Trste
Maria T. Biondo Living Trust 7/11/2000
50258 Van Dyke, Ste. B
Utica, MI  48317


Norco Contracting
33079 Garfield
Fraser, MI  48026


Sal Mar Ind. 16260, LLC
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal Mar Riverside
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal Mar Sterling Corp. Center
50258 Van Dyke, Ste .B
Utica, MI  48317

Sal-Mar Building Company
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Development
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Farms, LLC
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Gateway Village Center
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Gateway Village Estates
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Homes, Inc.
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Ind 14830, LLC
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Ind. 16280, LLC
50258 Van Dyke, Ste. B
Utica, MI   48317


Sal-Mar Ind. 16725, LLC
50258 Van Dyke, Ste. B
Utica, MI   48317

Sal-Mar Ind. 16931, LLC
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal-Mar Macomb Corp. Center
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal-Mar Of Gateway Estates
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal-Mar Of The Rivers
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal-Mar Preston Pines
50258 Van Dyke, Ste. B
Utica, MI  48317


Sal-Mar Royal Village
50258 Van Dyke, Ste. B
Utica, MI  48317


Salvatore Biondo, Individually & As Trte
Salvatore Biondo Living Trust 7/11/2000
50258 Van Dyke, Ste. B
Utica, MI  48317


Sam Biondo
50258 Van Dyke, Ste. B
Utica, MI  48317


Town Square LLC
50258 Van Dyke, Ste. B
Utica, MI  48317