**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN THE MATTER OF:

 NORTHPOINT VILLAGE         Case No. 08-53097-SWR
 OF UTICA, LLC            Chapter 11
                   Hon. Steven W. Rhodes
    Debtor.
_____/

GERALD L. DECKER (P 31485)
Attorney for Debtor
42700 Schoenherr Rd., Ste. 3
Sterling Heights, MI 48313
(586) 532-1122

## AMENDED VERIFIED STATEMENT

 GERALD L. DECKER, the undersigned, states as follows:

 1. That he is an attorney admitted to practice law in the State of Michigan and before the United States District Court for the District of Michigan and maintains a law practice at 42700 Schoenherr Rd., Ste. 3, Sterling Heights, Michigan 48313.

 2. That he has no connection with the debtor, creditors, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as disclosed herein. I may have rendered services or had business associations with creditors or their counsel in the ordinary course of business, but none of these services have been in connection with, nor impact these proceedings. I do not represent an interest adverse to the Debtor's estate, and all members of my firm are "disinterested persons" within the meaning of §101(14) of the United States Bankruptcy Code. I have represented the debtor previously including the preparation and filing of the petition and related documents in this case, is acquainted with the debtor's management, and is familiar with the debtor's business operation and financial affairs.

 3. That he is a disinterested person and does not hold or represent an interest adverse to the estate with respect to the matter on which he is proposed to be employed.

 4. That he has entered into a written agreement dated May 29, 2008 with Northpoint Village of Utica, LLC, the debtor, regarding the services to be performed for

the debtor in connection with this case and the compensation to be paid for such services, a copy of which is attached to the Debtor's Application for Order Approving Employment of Attorney filed with the Court.

5. That he has not shared or agreed to share any portion of the compensation paid or to be paid in connection with this case except as set forth in the Attorney's Disclosure Statement that he has filed with the Court in this case.

6. I declare under penalty of perjury the foregoing to be true and accurate.

Dated: 6/18/08                /s/ GERALD L. DECKER
                              42700 Schoenherr Rd., Ste. 3
                              Sterling Heights, MI 48313
                              (586) 532-1122
                              gldeckerlaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 18th day of June, 2008 she served a copy of the above Verified Statement of Proposed Attorney and a copy of the debtor's Application for Order Approving Employment of Attorney, together with all attachments, to the United States Trustee for the Eastern District of Michigan, 211 W. Fort, Ste. 700, Detroit, Michigan 48226.

                              /s/ Cynthia Seelinger
                              42700 Schoenherr Rd., Ste. 3
                              Sterling Heights, MI 48313
                              (586) 532-1122
                              gldeckerlaw@aol.com