UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

NORTHPOINT VILLAGE OF UTICA, LLC,
a Michigan limited liability company,

        Debtor.
_____/

Case No.: 2008-53097-swr
Chapter 11
Judge: Hon. Steven W. Rhodes

SADECKI & ASSOCIATES, P.L.L.C.
By: Mark W. Sadecki (P57069)
Attorney for Creditor Mike Genson Mechanical
P.O. Box 310
Davisburg, Michigan 48350-0310
248.328.1300 ☎
248.328.0600 🖷
msadecki@saalaw.net

Gerald L. Decker (P31485)
Attorney for Debtor
42700 Schoenherr Road
Suite 3
Sterling Heights, Michigan 48313
586.532.1122 ☎
586.532.1166 🖷
gldeckerlaw@aol.com
_____/

## ORDER GRANTING SECURED CREDITOR MIKE GENSON MECHANICAL, LLC'S MOTION TO DISMISS DEBTOR NORTH POINT VILLAGE, LLC'S CHAPTER 11 PETITION AS VIOLATION OF 11 U.S.C. § 1112(b)

This matter having come before the Court on Creditor Mike Genson Mechanical, LLC's Motion to Dismiss Chapter 11 Debtor North Point Village of Utica, LLC's Bankruptcy Petition pursuant to 11 U.S.C. § 1112(b); no responses or objections to the Motion having been timely filed, or any filed objection having been resolved; notice having been properly provided and the Court otherwise being fully advised in the premises;

NOW THEREFORE,

IT IS HEREBY ORDERED that Debtor's Chapter 11 Petition is dismissed as a violation of 11 U.S.C. § 1112(b).