## PART I - INTRODUCTION
## SUMMARY OF SIGNIFICANT FACTS



| | |
|---|---|
| PROPERTY: | Northpointe Village of Utica (Congregate Senior Housing) |
| LOCATION: | Southwest corner of North Pointe Boulevard and Utica Park Boulevard, between M-53 and Schoenherr Road, Utica, Macomb County, Michigan |
| TYPE OF PROPERTY: | Congregate Senior Housing Complex |
| LAND AREA: | 3.40 acres or 148,104 square feet |
| IMPROVEMENTS: | The subject consists of one building that houses 88 one-bedroom units and 32 two-bedroom units. The building has a net living area of 88,640 square feet. The subject was completed in January 2006. |
| HIGHEST AND BEST USE: | Multiple Family Residential |

EFFECTIVE DATES OF APPRAISAL:
    AS-IS:          October 11, 2007
    AS-STABILIZED:  February, 2009

CENSUS NUMBER:    2280

i

Summary of Significant Facts (Continued)

**PURPOSE OF THE APPRAISAL:** To estimate the market value of the subject property's fee simple interest in as-is condition. In addition, the prospective value of the property at stabilized occupancy will also be estimated.

**INTEREST APPRAISED:** Fee Simple

**ESTIMATED MARKET VALUE:** $12,850,000.00

**ESTIMATED PROSPECTIVE VALUES:**
**AS- STABILIZED:** $13,850,000.00

**ESTIMATED VALUE OF THE PERSONAL PROPERTY:** $ 450,000.00

**APPRAISERS:** RICHARD E. HANTON & ASSOCIATES, LTD.
Richard E. Hanton, MAI
850 Stephenson Highway, Suite 308
Troy, Michigan 48083
(248) 616-1000

**FILE NUMBER:** 07-123

---

This Summary of Significant Factors
must remain attached to this report and is
meant only as a summary of the
attached appraisal report.

---

ii

08-53097-swr    Doc 61-1    Filed 09/26/08    Entered 09/26/08 13:12:38    Page 2 of 2