| Months | Rented Units | Percent Filled |
|---|---|---|
| Dec-05 | 1 | 0.008% |
| Jan-06 | 7 | 0.058% |
| Feb-06 | 6 | 0.050% |
| Mar-06 | 10 | 0.083% |
| Apr-06 | 13 | 0.108% |
| May-06 | 14 | 0.117% |
| Jun-06 | 22 | 0.183% |
| Jul-06 | 25 | 0.208% |
| Aug-06 | 26 | 0.217% |
| Sep-06 | 35 | 0.292% |
| Oct-06 | 36 | 0.300% |
| Nov-06 | 41 | 0.342% |
| Dec-06 | 45 | 0.375% |
| Jan-07 | 53 | 0.442% |
| Feb-07 | 48 | 0.400% |
| Mar-07 | 52 | 0.433% |
| Apr-07 | 57 | 0.475% |
| May-07 | 55 | 0.458% |
| Jun-07 | 55 | 0.458% |
| Jul-07 | 56 | 0.467% |
| Aug-07 | 58 | 0.483% |
| Mar-07 | 60 | 0.500% |
| Feb-07 | 64 | 0.533% |
| Mar-07 | 64 | 0.533% |
| Dec-07 | 64 | 0.533% |
| Jan-08 | 64 | 0.533% |
| Feb-08 | 61 | 0.508% |
| Mar-08 | 60 | 0.500% |
| Apr-08 | 56 | 0.467% |
| May-08 | 56 | 0.467% |
| Jun-08 | 62 | 0.517% |
| Jul-08 | 64 | 0.533% |
| Aug-08 | 64 | 0.533% |



Rent Roll