## PART I - INTRODUCTION
## SUMMARY OF SIGNIFICANT FACTS



| | |
|---|---|
| PROPERTY: | Northpointe Village of Utica (Congregate Senior Housing) |
| LOCATION: | Southwest corner of North Pointe Boulevard and Utica Park Boulevard, between M-53 and Schoenherr Road, Utica, Macomb County, Michigan |
| TYPE OF PROPERTY: | Congregate Senior Housing Complex |
| LAND AREA: | 3.40 acres or 148,104 square feet |
| IMPROVEMENTS: | The subject consists of one building that houses 88 one-bedroom units and 32 two-bedroom units. The building has a net living area of 88,640 square feet. The subject was completed in January 2006. |
| HIGHEST AND BEST USE: | Multiple Family Residential |

EFFECTIVE DATES OF APPRAISAL:
    AS-IS: October 11, 2007
    AS-STABILIZED: February, 2009

CENSUS NUMBER: 2280

i

Summary of Significant Facts (Continued)

| | |
|---|---|
| **PURPOSE OF THE APPRAISAL:** | To estimate the market value of the subject property's fee simple interest in as-is condition. In addition, the prospective value of the property at stabilized occupancy will also be estimated. |
| **INTEREST APPRAISED:** | Fee Simple |
| **ESTIMATED MARKET VALUE:** | $12,850,000.00 |
| **ESTIMATED PROSPECTIVE VALUES:** | |
| **AS- STABILIZED:** | $13,850,000.00 |
| **ESTIMATED VALUE OF THE PERSONAL PROPERTY:** | $ 450,000.00 |
| **APPRAISERS:** | RICHARD E. HANTON & ASSOCIATES, LTD.<br>Richard E. Hanton, MAI<br>850 Stephenson Highway, Suite 308<br>Troy, Michigan 48083<br>(248) 616-1000 |
| **FILE NUMBER:** | 07-123 |

---

This Summary of Significant Factors
must remain attached to this report and is
meant only as a summary of the
attached appraisal report.

---

ii