# NORTHPOINT MANAGEMENT, INC.
## PROJECTION BUDGET

| | SEP 08 | OCT 08 | NOV 08 | DEC 08 | JAN 09 | FEB 09 | MAR 09 | APR 09 | MAY 09 | JUN 09 | JUL 09 | AUG 09 | SEP 09 | OCT 09 | NOV 09 | DEC 09 | JAN 10 | FEB 10 | MAR 10 | APR 10 | MAY 10 | JUN 10 | JUL 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Military Income/Utility Reimb | 65 | 71 | 72 | 74 | 77 | 78 | 80 | 87 | 74 | 80 | 84 | 90 | 92 | 94 | 91 | 90 | 100 | 102 | 104 | 105 | 108 | 110 | 112 | |
| Number of Units Rented: 2 | 77% | 76% | 60% | 62% | 64% | 65% | 67% | 69% | 70% | 72% | 71% | 75% | 77% | 78% | 80% | 82% | 84% | 86% | 86% | 87% | 90% | 92% | 94% | |
| | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | $2,103 | |
| **Income** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rental Income | 143,304.00 | 147,210.00 | 151,416.00 | 155,622.00 | 159,828.00 | 164,034.00 | 168,240.00 | 172,446.00 | 176,652.00 | 180,858.00 | 185,064.00 | 189,270.00 | 193,476.00 | 197,682.00 | 201,888.00 | 206,094.00 | 210,330.00 | 214,506.00 | 218,712.00 | 222,918.00 | 227,124.00 | 231,330.00 | 235,536.00 | 4,353,240.00 |
| Fee Income | | | | | | | | | | | | | | | | | | | | | | | | |
| Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 3,680.00 |
| Salon | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 2,070.00 |
| Store | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 575.00 |
| Catered Functions | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 2,415.00 |
| Cable | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 184.00 |
| Meals | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 41,400.00 |
| Maintenance | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 6,900.00 |
| Housekeeping | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 3,910.00 |
| Laundry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fee Income** | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 2,658.00 | 61,134.00 |
| **Total Income** | 145,962.00 | 149,868.00 | 154,074.00 | 158,280.00 | 162,486.00 | 166,692.00 | 170,898.00 | 175,104.00 | 179,310.00 | 183,516.00 | 187,722.00 | 191,928.00 | 196,134.00 | 200,340.00 | 204,546.00 | 208,752.00 | 212,988.00 | 217,164.00 | 221,370.00 | 225,576.00 | 229,782.00 | 233,988.00 | 238,194.00 | 3,712,413.00 |
| Cost of Goods Sold | | | | | | | | | | | | | | | | | | | | | | | | |
| Store Resale Purchases | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 115.00 |
| **Total COGS** | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 115.00 |
| **Gross Profit** | 145,957.00 | 149,853.00 | 154,069.00 | 158,275.00 | 162,481.00 | 166,687.00 | 170,893.00 | 175,099.00 | 179,305.00 | 183,511.00 | 187,717.00 | 191,923.00 | 196,129.00 | 200,335.00 | 204,541.00 | 208,747.00 | 212,953.00 | 217,159.00 | 221,365.00 | 225,571.00 | 229,777.00 | 233,983.00 | 238,189.00 | 4,414,298.00 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | |
| Activities | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 830.00 | 19,090.00 |
| Advertising | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 218,500.00 |
| Alarm Monitoring | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 805.00 |
| Van Expense | | | | | | | | | | | | | | | | | | | | | | | | |
| Payment | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 221.00 | 5,083.00 |
| Insurance | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 1,035.00 |
| Gas/Maint | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 115.00 |
| Tag | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fee | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 3,680.00 |
| **Total Van Expense** | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 214.00 | 4,922.00 |
| Bus Expense | | | | | | | | | | | | | | | | | | | | | | | | |
| Payment | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 1,276.00 | 29,348.00 |
| Insurance | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 805.00 |
| Gas/Maint | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 230.00 |
| Tag | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 253.00 |
| Fee | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 11,040.00 |
| **Total Bus Expense** | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 1,812.00 | 41,676.00 |
| Bank Service Charges | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 414.00 |
| Contributions | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 2,300.00 |
| Dues and Subscriptions | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 1,081.00 |
| Flowers | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 1,265.00 |
| Food Purchases | | | | | | | | | | | | | | | | | | | | | | | | |
| Activities | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 4,600.00 |
| Food Purchases | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 184,000.00 |
| **Total Food Purchases** | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 8,200.00 | 188,600.00 |
| Insurance | | | | | | | | | | | | | | | | | | | | | | | | |
| Bus | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 4,255.00 |
| Health | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 27,600.00 |
| Liability Insurance | 4,500.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 109,800.00 |
| Workers Comp Insurance | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 23,000.00 |
| Auto Insurance | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 6,670.00 |
| **Total Insurance** | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 7,275.00 | 167,325.00 |

# NORTHPOINT MANAGEMENT, INC.
## PROJECTION BUDGET

| | SEP 08 | OCT 08 | NOV 08 | DEC 08 | JAN 09 | FEB 09 | MAR 09 | APR 09 | MAY 09 | JUN 09 | JUL 09 | AUG 09 | SEP 09 | OCT 09 | NOV 09 | DEC 09 | JAN 10 | FEB 10 | MAR 10 | APR 10 | MAY 10 | JUN 10 | JUL 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 240.00 | 250.00 | 250.00 | 250.00 | 5,750.00 |
| Marketing Expense | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 2,300.00 |
| Meals/and/Entertainment | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 10,120.00 |
| Office Expense | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 34,500.00 |
| Postage | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 6,900.00 |
| Outside Services | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 50,600.00 |
| Payroll Service | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 11,500.00 |
| Professional Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Background Checks | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 920.00 |
| Accounting | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 1,265.00 |
| Legal | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 4,140.00 |
| Repairs & Maintenance | | | | | | | | | | | | | | | | | | | | | | | | |
| Mechanical | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 14,950.00 |
| Elevator | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 11,845.00 |
| Kitchen Equipment | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 4,600.00 |
| Pest Control | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 3,450.00 |
| Computer Consultant | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 4,140.00 |
| Aquarium Maintenance | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 5,865.00 |
| Lawn Maintenance | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 9,200.00 |
| Equipment Repairs | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 3,450.00 |
| Building Repairs | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 10,120.00 |
| General | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 32,200.00 |
| Total Repairs & Maintenance | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 4,340.00 | 99,820.00 |
| Supplies | | | | | | | | | | | | | | | | | | | | | | | | |
| Housekeeping | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 23,000.00 |
| Kitchen | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 23,000.00 |
| Total Supplies | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 46,000.00 |
| Taxes | | | | | | | | | | | | | | | | | | | | | | | | |
| Sales | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 2,760.00 |
| Property | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 874,000.00 |
| Payroll | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 103,500.00 |
| Total Taxes | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 42,620.00 | 980,260.00 |
| Telephone | | | | | | | | | | | | | | | | | | | | | | | | |
| Cell phones | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 5,520.00 |
| Telephone - Other | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 16,100.00 |
| Total Telephone | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 940.00 | 21,620.00 |
| Uniforms | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 3,795.00 |
| Utilities | | | | | | | | | | | | | | | | | | | | | | | | |
| Cable | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 4,025.00 |
| Closed Circuit TV | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 5,175.00 |
| Electric | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 211,600.00 |
| Water | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 50,600.00 |
| Gas | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 87,400.00 |
| Total Utilities | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 15,600.00 | 358,800.00 |
| Wages | | | | | | | | | | | | | | | | | | | | | | | | |
| Activities | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 110,400.00 |
| Transportation | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 2,140.00 | 49,220.00 |
| Maintenance | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 2,880.00 | 66,240.00 |
| Leasing | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 2,960.00 | 68,080.00 |
| Housekeeping | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 6,720.00 | 154,560.00 |
| Kitchen | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 414,000.00 |
| Dining | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 345,000.00 |
| Director | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 80,500.00 |
| Front Desk | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 8,640.00 | 198,720.00 |
| Total Wages | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 62,640.00 | 1,440,720.00 |
| EARNING | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,005.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,200.00 | 42,005.00 | 42,005.00 | 42,000.00 | 42,007.00 | 42,000.00 | 42,008.00 | 42,010.00 | 966,055.00 |
| Interest Expense | 203,956.00 | 203,956.00 | 203,956.00 | 203,956.00 | 203,856.00 | 203,856.00 | 203,856.00 | 203,858.00 | 203,856.00 | 203,856.00 | 203,856.00 | 203,858.00 | 203,857.00 | 203,857.00 | 203,858.00 | 203,859.00 | 203,859.00 | 203,859.00 | 203,859.00 | 203,863.00 | 203,864.00 | 203,905.00 | 203,966.00 | 4,079,143.00 |
| Total Expense | -54,088.00 | -49,882.00 | -45,878.00 | -41,470.00 | -37,264.00 | -33,058.00 | -28,852.00 | -24,646.00 | -20,440.00 | -16,234.00 | -12,028.00 | -7,822.00 | -3,617.00 | 588.00 | 4,793.00 | 9,025.00 | 13,203.00 | 17,409.00 | 21,613.00 | 25,819.00 | 30,023.00 | 34,229.00 | | -306,738.00 |
| Net Ordinary Income | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Income | -58,294.00 | | -49,892.00 | | | -37,264.00 | -33,058.00 | -28,852.00 | -24,646.00 | -20,440.00 | -16,234.00 | -12,028.00 | -7,822.00 | -3,617.00 | 588.00 | 4,793.00 | 9,025.00 | 13,203.00 | 17,409.00 | 21,613.00 | 25,819.00 | 30,023.00 | 34,229.00 | -306,738.00 |