Form ntcconfclos

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **08–53097–swr**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Northpoint Village of Utica, LLC
    50258 Van Dyke, Ste. B
    Utica, MI 48317

Social Security No.:

Employer's Tax I.D. No.:
    38–3612063

## NOTICE OF CONFIRMATION AND OPPORTUNITY
## TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above–named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on 9/30/08 was confirmed on 12/1/08 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

**If the closing is delayed past this time period for any reason, the burden will be on the debtor's counsel to notify the clerk when it is appropriate to close the case so that unnecessary U.S. Trustee fees will not accrue.**

Dated: 12/2/08

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT